**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DARAINE DELEVANTE,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST DBA XFINITY,<br><br>Defendant. | Northern District of Georgia Case No.<br>_____ |

**NOTICE OF REMOVAL**

Defendant[1] Comcast Cable Communications, LLC ("Comcast") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of this Notice, Comcast states as follows:

**PROCEDURAL BACKGROUND AND PREREQUISITES**

1. Plaintiff commenced a civil action by filing a Complaint against Comcast, on or about December 2, 2024, in the State Court of Fulton County, State of Georgia, Civil Action File No. 24CV015236 (the "State Court Action").

---

[1] Plaintiff filed this suit naming "Comcast dba Xfinity" as the Defendant. However, "Comcast dba Xfinity" is not a legal entity.  Therefore, Defendant responds in the correct name of the legal entity, Comcast Cable Communications, LLC.

1

2.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff served Comcast on December 18, 20204 and this Notice removal prior to the thirty-day deadline following service.

3.    There are no other defendants to this action.

4.    Pursuant to 28 U.S.C. § 1446, attached hereto as **Composite Exhibit A** are copies of all documents filed to date in the State Court Action.

5.    A removal notice and a copy of the instant Notice of Removal shall be filed with the Clerk of the State Court of Fulton County, State of Georgia, and shall be served on Plaintiff.  A true and correct copy of the removal notice that will be filed with the Clerk of the State Court for Fulton County, State of Georgia is attached hereto as **Exhibit B**.

6.    Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441 and 1446 because the State Court Action is currently pending in this Judicial District.

## Diversity Jurisdiction

7.    Removal of this action is proper under 28 U.S.C. § 1332 because the parties' citizenships are fully diverse and because Plaintiff alleges that the amount in controversy is greater than $75,000.00, exclusive of interest and costs.

### *Complete Diversity of Citizenship*

8.      Upon knowledge and belief, at both the time of the filing of the Complaint and the date of this Notice, Plaintiff is and was a citizen of the state of Georgia.  (*See* Compl. ¶ 2.)

9.      Comcast is a Delaware limited liability company with, as Plaintiff alleges, its principal place of business in Pennsylvania.  (*See* Compl. ¶ 2.)  The sole member of Comcast is Comcast Holdings Corporation, a Pennsylvania Corporation. Accordingly, both at the time the Complaint was filed and at the time of filing of this Notice, Comcast is and has been a citizen of the state of Pennsylvania.  *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("[A] limited liability company is a citizen of any state of which a member of the company is a citizen.").  A true and correct copy of both Comcast's annual registration with the Georgia Secretary of State and the first page of the most recent 10-K for Comcast Holdings Corporation are attached hereto as **Composite Exhibit C**.

10.     Thus, the parties are fully diverse, satisfying this requirement for diversity jurisdiction.

### *Amount in Controversy*

11.    The Complaint states expressly that Plaintiff seeks $400,000 in damages.  (*See* Compl. ¶ 6.)[2]

12.    Thus, the amount in controversy exceeds $75,000, satisfying this requirement for diversity jurisdiction.

13.    Comcast reserves all defenses – including specifically those defenses of service, venue, and both subject matter and personal jurisdiction – and will answer or present these or any other applicable defenses within the time permitted by Federal Rule of Civil Procedure 81(c).

**WHEREFORE**, for the foregoing reasons, this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441.  Comcast respectfully requests that this action proceed in this Court.

Respectfully submitted this 16th day of January, 2025.

**WARGO, FRENCH & SINGER, LLP**

*/s/ Shanon J. McGinnis*
SHANON J. MCGINNIS
Georgia Bar No. 387598
999 Peachtree Street NE Suite 1120
Atlanta, Georgia 30309

---

[2] By filing this Notice, Comcast does not concede that Plaintiff is entitled to any damages, much less $400,000 in damages.

(404) 853-1500 (Telephone)
(404) 853-1501 (Facsimile)
smcginnis@wfslaw.com

*Counsel for Defendant*
*Comcast Cable Communications, LLC*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

This 16th day of January, 2025.

/s/ Shanon J. McGinnis
SHANON J. MCGINNIS

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed a true and correct copy of the foregoing **NOTICE OF REMOVAL** in the United States District Court for the Northern District of Georgia using the CM/ECF system, and have served a copy on the below by depositing it in the U.S. Mail, postage prepaid, and by email addressed to the following:

Daraine Delevante
360 Pharr Road NE, Apt. 114
Atlanta, GA 30305
Daraine_delevante@yahoo.com

This 16th day of January, 2025.

/s/ Shanon J. McGinnis
SHANON J. MCGINNIS