# COMPOSITE

# EXHIBIT A

Fulton County Superior Court
***EFILED***IF
Date: 12/2/2024 12:08 PM
Che Alexander, Clerk

General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of _____ FULTON _____ County

| For Clerk Use Only | |
|---|---|
| Date Filed __12/2/2024__<br>MM-DD-YYYY | Case Number __24CV015236__ |

Plaintiff(s)

DELEVANTE DARAJNE _____
Last      First      Middle I.    Suffix    Prefix

_____
Last      First      Middle I.    Suffix    Prefix

_____
Last      First      Middle I.    Suffix    Prefix

_____
Last      First      Middle I.    Suffix    Prefix

Defendant(s)

COMCAST DBA XFINITY
Last      First      Middle I.    Suffix    Prefix

_____
Last      First      Middle I.    Suffix    Prefix

_____
Last      First      Middle I.    Suffix    Prefix

_____
Last      First      Middle I.    Suffix    Prefix

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☑

Check one case type and one sub-type in the same box (if a sub-type applies):

General Civil Cases

☐ Automobile Tort
☐ Civil Appeal
☐ Contempt/Modification/Other Post-Judgment
☐ Contract
☐ Garnishment
☐ General Tort
☐ Habeas Corpus
☐ Injunction/Mandamus/Other Writ
☐ Landlord/Tenant
☐ Medical Malpractice Tort
☐ Product Liability Tort
☐ Real Property
☐ Restraining Petition
☑ Other General Civil

Domestic Relations Cases

☐ Adoption
☐ Contempt
  ☐ Non-payment of child support, medical support, or alimony
☐ Dissolution/Divorce/Separate Maintenance/Alimony
☐ Family Violence Petition
☐ Modification
  ☐ Custody/Parenting Time/Visitation
☐ Paternity/Legitimation
☐ Support – IV-D
☐ Support – Private (non-IV-D)
☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
Case Number                  Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Fulton County Superior Court
***EFILED***IF
Date: 12/2/2024 12:08 PM
Che Alexander, Clerk



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
## 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
### SUMMONS

DARAINE DELEVANTE

**Plaintiff,**

vs.

COMCAST DBA XFINITY

**Defendant**

) Case
) No.: _____
)
)
)
)
)
)
)
)
)
)
)
)
)
)

24CV015236

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

DARAINE DELEVANTE  360 Pharr Rd NE Aft 114
Atlanta GA 30305

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____ 12/2/2024 _____ day of _____ , 20 _____

Honorable Ché Alexander, Clerk of Superior Court.

_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you

_____ , 20 _____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***IF
Date: 12/2/2024 1:00 PM
Che Alexander, Clerk

## SUPERIOR COURT OF FULTON COUNTY STATE OF GEORGIA

DARAINE DELEVANTE.                    )
                                      )
                                      )
Plaintiff,                            )
                                      )
                                      )
v.                                    )    Case No.  24CV015236
                                      )
                                      )
COMCAST DBA XFINITY.,                 )    COMPLAINT
                                      )
Defendant.                            )

## 1. Introduction

This is a Statement of Claim brought by the Plaintiff, Daraine Delevante, against the Defendant, Comcast, for ongoing service disruptions and failure to provide the agreed-upon internet service, resulting in substantial financial and emotional harm to the Plaintiff.

## 2. Parties

- **Plaintiff:** Daraine Delevante, an entrepreneur and financial literacy educator, residing at 360 Pharr Road NE, Apt 114, Atlanta, GA 30305.

**Defendant:** Comcast, 1701 John F. Kennedy Blvd. Philadelphia, PA 19103-2838 a corporation providing internet services.

## 3. Facts of the Case

The Plaintiff has been a reliable customer of the Defendant, consistently paying the service fees in full. However, the Defendant has failed to provide uninterrupted internet service, resulting in:

- Canceled online classes,
- Missed business opportunities,
- Loss of revenue, and
- Emotional distress.

## 4. Claims for Damages

The Plaintiff claims the following damages caused by the Defendant's failure to provide services:

- **Financial Losses:** An estimated $150,000 in lost revenue due to missed business opportunities.

- **Emotional Distress:** Stress and anxiety caused by the unreliable service $150,000.

- **Reputational Harm Defamation:** Damage to the Plaintiff's professional reputation due to the service interruptions $100,000.

## 5. Legal Basis for Claim

The Plaintiff's claims are based on breach of contract, consumer protection laws, and the failure of the Defendant to fulfill its obligations as outlined in the service agreement.

Pre Demand Letter was sent to Defendant on November 6th 2024 and was delivered November 22nd 2024 at 1:49 PM see USPS tracking number 9589071052701877472461.

Defendant has failed to respond

See Exhibit A

Plaintiff has multiple SMS sent by Xfinity After Service interruptions and outages while Plaintiffs was either on a coaching call, during a coaching call or have

scheduled challenges, masterclasses and other online work-related zoom calls and or coaching sessions.

See Exhibit B

## 6. Relief Sought

The Plaintiff seeks $400,000 in damages to compensate for the financial losses, emotional distress, reputational harm Defamation, and other related impacts caused by the Defendant's service failures.

## 7. Conclusion

The Plaintiff respectfully requests that the Court award the claimed damages and any other relief it deems appropriate.

**Signed:**

Daraine Delevante
347-852-0294
daraine_delevante@yahoo.com

360 Pharr Rd NE ATL Apt 114
Atlanta GA 30305

Daraine Delevante

360 Pharr Road NE, Apt 114

Atlanta, GA 30305


Date: 10/30/2024


Comcast

ATTN: Legal Department/Arbitration

1701 John F. Kennedy Blvd.

Philadelphia, PA 19103-2838

# Account Number: 8220 18 893 2101215


Re: Pre-Arbitration Notice and Demand for $15,000 in Damages Due to Service Disruptions


To Whom It May Concern,


I am writing to formally notify you of my intention to pursue legal remedies if the ongoing service disruptions with Xfinity are not promptly resolved. I have been a consistent, reliable customer who has paid my bill in full each month. In return, I have been met with continuous interruptions in service, despite the fact that I have met my financial obligations. These disruptions have caused me significant harm, both financially and personally.


As an entrepreneur and financial literacy educator specializing in consumer law, I rely heavily on uninterrupted internet service to conduct online classes, consultations, and meetings with clients. The repeated service failures have resulted in canceled classes, lost revenue, and missed business opportunities, costing me thousands of dollars.

USPS Tracking # 9589 0710 5270 1877 4724 61

Beyond financial loss, I have suffered emotional distress, as these disruptions have severely impacted my ability to operate my business, maintain client relationships, and honor my professional commitments.

In addition to the direct financial harm, the following issues have arisen due to Xfinity's service interruptions:

1. Reputational Damage: Frequent cancellations have damaged my professional reputation as I have had to repeatedly explain service issues to clients. This has led to decreased trust and credibility in my services.

2. Social and Professional Disruption: Missed meetings and canceled events have led to strained relationships with clients and collaborators. The loss of social capital is intangible but has caused deep frustration.

3. Lost Financial Opportunities: The inability to conduct my business has led to an estimated loss of at least $15,000 in potential sales, client acquisition, and business growth. This amount does not account for the continued disruption to my income and business prospects moving forward.

4. Emotional Distress: The constant uncertainty and frustration over whether I will have reliable service have caused me considerable stress and anxiety. As someone who depends on this service for my livelihood, this has taken a significant emotional toll on my well-being.

In light of these ongoing disruptions, I am formally demanding $15,000 in damages to compensate for financial losses, emotional distress, social and reputational harm, and other associated impacts caused by Xfinity's failure to provide the agreed-upon services. If this issue is not resolved within 30 days, I will be compelled to seek arbitration as provided for in our agreement and will pursue the full amount of damages, along with any legal fees incurred.

USPS Tracking # 9589 0710 5270 1877 4724 61

Please treat this letter as a formal pre-arbitration demand. I trust that Comcast will take this matter seriously and work towards a prompt and fair resolution.


I look forward to your timely response.

Sincerely,

Daraine Delevante

UCC 1-308 All rights reserved

Phone: 347-852-0294

daraine_delevante@yahoo.com

360 Pharr Rd NE
Apt 114 Atlanta
GA 30305

USPS Tracking # 9589 0710 5270 1877 4724 61

Exhibit B

## Xfinity Service Outages & Interruptions

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption and are working to resolve the issue by approximately 02/27/2024 08:05 PM (Eastern). We apologize for any inconvenience and appreciate your patience. We'll text you when it's resolved.

Reply OUTAGE for additional updates.

Txt help or stop

Msg&DataRatesMayApply

Good news - your Xfinity service was restored at approximately 5:31 PM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption and are working to resolve the issue by approximately 04/05/2024 07:30 PM (Eastern). We apologize for any inconvenience and appreciate your patience. We'll text you when it's resolved.

Reply OUTAGE for additional updates.

Txt help or stop

Msg&DataRatesMayApply

Good news - your Xfinity service was restored at approximately 5:37 PM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption and are working to resolve the issue by approximately 04/23/2024 05:00 PM (Eastern). We

apologize for any inconvenience and appreciate your patience. We'll text you when it's resolved.

Reply OUTAGE for additional updates.

Txt help or stop

Msg&DataRatesMayApply

Good news - your Xfinity service was restored at approximately 2:49 PM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption at 360 PHARR RD NE APT 114 and are working to resolve the issue by 07/02/2024 12:40 PM (Eastern).. We apologize for any inconvenience and appreciate your patience. We'll text you when it's resolved.

For a real-time update, tap this link to check the outage map: https://t.xfin.me/F0DF734 or reply OUTAGE.

Txt help or stop

Msg&DataRatesMayApply

Hi, it's Xfinity Assistant.

Your service interruption should be resolved by 07/02/2024 01:10 PM (Eastern). We're working quickly to get you up and running again and will text you once your service is restored.

Txt help or stop

Good news - your Xfinity service was restored at approximately 11:51 AM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption and are working to resolve the issue by approximately 07/20/2024 11:00 AM (Eastern). We apologize for any inconvenience and appreciate your patience. We'll text you when it's resolved.

Reply OUTAGE for additional updates.

Txt help or stop

Msg&DataRatesMayApply

Hi, it's Xfinity Assistant.

Your service interruption should be resolved by 07/20/2024 11:00 AM (Eastern). We're working quickly to get you up and running again and will text you once your service is restored.

Txt help or stop

Good news - your Xfinity service was restored at approximately 11:22 AM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Good morning, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption and are working to resolve the issue as soon as possible. We'll text you when it's resolved.

Get the latest outage details here: https://t.xfin.me/919B985a or reply OUTAGE.

Hi, it's Xfinity Assistant.

Your service interruption should be resolved as soon as possible. We're working quickly to get you up and running again and will text you once your service is restored.

Txt help or stop

Good news - your Xfinity service was restored  at approximately 12:40 PM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're notifying you of upcoming planned maintenance in your area scheduled for 09/16, affecting service at 360 PHARR RD NE APT 114. Work should occur overnight, and during this time, you may experience interruptions to all of your services. We apologize for any inconvenience and appreciate your patience.

Txt help or stop

Msg&DataRatesMayApply

Good news - your Xfinity service was restored  at approximately 1:18 AM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption at 360 PHARR RD NE. We're working to resolve the issue by approximately 11/19/2024 02:45 PM (Eastern). We apologize for any inconvenience. We'll text you when it's resolved.

Get the latest outage details here: https://t.xfin.me/14FDCF3 or reply OUTAGE.

Txt help or stop
Msg&DataRatesMayApply

Hi, it's Xfinity Assistant.

Your service interruption should be resolved by 11/19/2024 02:55 PM. We're working quickly to get you up and running again and will text you once your service is restored.

Txt help or stop

Good news - your Xfinity service was restored at approximately 1:38 PM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop

Hi, it's Xfinity Assistant.

We're aware that you may be experiencing a service interruption at 360 PHARR RD NE. We're working to resolve the issue by approximately 11/25/2024 02:00 PM (Eastern).  We apologize for any inconvenience. We'll text you when it's resolved.

Get the latest outage details here: https://t.xfin.me/C8A198Ep or reply OUTAGE.

Txt help or stop

Msg&DataRatesMayApply

Hi, it's Xfinity Assistant.

Your service interruption should be resolved by 11/25/2024 02:00 PM. We're working quickly to get you up and running again and will text you once your service is restored.

Txt help or stop

Good news - your Xfinity service was restored at approximately 1:02 PM Eastern! You should be up and running now. Thanks for your patience.

Are you still experiencing a service issue?

1 - Everything is working

2 - I'm still having an issue

Txt help or stop